**Cliff AMBROSE, Jr., Appellant,**

v.

**William ANGRICK, II, Appellee.**

**No. 08–3582.**

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 25, 2009.

Filed: Sept. 30, 2009.

---

Cliff Ambrose, Jr., Rochester, MN, for Appellant.

Ronald Ray Rowland, Iowa Citizens' Aide/Ombudsman, Des Moines, IA, for Appellee.

Before BYE, BOWMAN, and BENTON, Circuit Judges.

PER CURIAM.

Cliff Ambrose appeals from the District Court's [1] dismissal of his civil rights action.

After *de novo* review, *see Strand v. Diversified Collection Serv., Inc.,* 380 F.3d 316, 317 (8th Cir.2004), we find no basis for reversal. Accordingly, we affirm. *See* 8th Cir. R. 47B. We also deny the pending motions.

---

1. The Honorable Robert W. Pratt, Chief Judge, United States District Court for the Southern District of Iowa.